COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of H.L.W. and S.K.W., Children

Appellate case number:    01-21-00654-CV

Trial court case number:   91619-F

Trial court:              300th District Court of Brazoria County

Appellant, father, filed a notice of appeal of the trial court's November 18, 2021 order in a suit affecting the parent-child relationship. On February 11, 2022, appellant's court-appointed counsel, Faye Gordon, filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On March 7, 2022, we granted appellant's motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's *Anders* brief. Appellant's response is due on April 4, 2022.

On March 17, 2022, appellant filed a letter with this Court raising two issues. First, appellant requested oral argument. We **deny** appellant's request for oral argument.

Second, appellant, stating that he is indigent and unable to secure access to adequate mailing materials and postage to file his response in this appeal, requested assistance from this Court to ensure he has access to the courts. We **order** court-appointed counsel, Faye Gordon, to assist appellant with the filing of his response with this Court. In order to ensure court-appointed counsel, Faye Gordon, has adequate time to coordinate with appellant with regards to the filing of his response, we grant appellant a seven-day extension of time to file his pro se response to appointed-counsel's *Anders* brief. **Appellant's response to appointed-counsel's *Anders* brief shall be filed no later than April 11, 2022**.

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring appellant's appeal to final disposition within 180 days of November 18, 2021, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2(a). Thus, we request that court-appointed counsel, Faye Gordon, comply with the aforementioned deadline, and expeditiously assist appellant with the above matter. **We order court-appointed counsel, Faye Gordon, to**

**inform this court in writing of her efforts to help appellant file his brief no later than April 7, 2022.**

It is so **ORDERED**.


Judge's signature: /s/ Amparo Guerra
Acting individually


Date:  March 31, 2022